UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

MARK TULL,                                :
                                          :
        Petitioner                        :
                                          :
    v.                                    : CIVIL NO. 3:CV-02-0592
                                          :
DONALD T. VAUGHN,                         : (Judge Kosik)
                                          :
        Respondent                        :

## O R D E R

      **NOW, THIS 2nd DAY OF NOVEMBER, 2005, IT IS HEREBY ORDERED THAT** within five (5) days from the date of this Order Respondent shall file with the court a complete copy of the Pennsylvania Superior Court's opinion dated July 9, 1997, which Respondent attaches as Appendix B to his Response to the Habeas Corpus Petition (Doc. 9).[1]

                                              s/Edwin M. Kosik
                                              United States District Judge

---

[1] While Respondent submits the Pennsylvania Superior Court's July 9, 1997 Memorandum as an exhibit to the Response, the Memorandum is missing pages 4 and 6. To avoid any further unnecessary delay in this matter, Respondent is directed to make certain the Exhibit is complete in all respects prior to submission to the court.